

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-30-2004

# USA v. Kellum

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-4054

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Kellum" (2004). *2004 Decisions.* Paper 1060.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1060

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 02-4054

UNITED STATES OF AMERICA

v.

CLAYTON KELLUM,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 01-CR-00399)
District Judge: Hon. Clarence C. Newcomer

Submitted pursuant to Third Circuit LAR 34.1(a)
November 3, 2003

Before: McKEE and SMITH, *Circuit Judges*,
and WEIS, *Senior Circuit Judge*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on January

23, 2004, be amended as follows:

On page 8, delete the quoted paragraph

*Except as otherwise specifically provided*, a defendant who
has been found guilty of an offense described in any Federal
statute, including sections 13 and 1153 of this title, other than
an Act of Congress applicable exclusively in the District of
Columbia or the Uniform Code of Military Justice, shall be
sentenced with the provisions of this chapter so as to achieve
the purposes set forth in subparagraphs (A) through (D) of
section 3553(a) to the extent that they are applicable in light
of all the circumstances of the case.

and replace it with

*Except as otherwise specifically provided*, a defendant who has been found guilty of an offense described in any Federal statute, including sections 13 and 1153 of this title, other than an Act of Congress applicable exclusively in the District of Columbia or the Uniform Code of Military Justice, shall be sentenced in accordance with the provisions of this chapter so as to achieve the purposes set forth in subparagraphs (A) through (D) of section 3553(a) to the extent that they are applicable in light of all the circumstances of the case.

**IT IS SO ORDERED.**

BY THE COURT

/s/ Theodore A. McKee
Circuit Judge

Dated: January 30, 2004